MATTHEW B. PAVONE, Esq. (SBN 94965)
LAW OFFICES OF MATTHEW B. PAVONE
Courtyard Square
750 Grant Avenue, Suite 250
Novato, CA 94945
(415) 209-9610
(415) 892-0337 (fax)

Attorneys for Defendant MBK Insurance Services

WILLIAM L. OSTERHOUDT, Esq. (SBN 043021)
FRANK S. MOORE, Esq. (SBN 158029)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
(415) 664-4600
(415) 664-4691 (fax)

Attorneys for Defendant Michael B. Kuimelis and
MBK Insurances Services, Inc.

E-Filing
FILED
OCT 2 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE J. BURGER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL B. KUIMELIS, et al.,<br><br>Defendants. | No. C-02-2309 VRW<br><br>**STIPULATION OF DISMISSAL**<br><br>IT IS SO ORDERED<br><br>_/s/ Vaughn Walker_<br><br>VAUGHN R. WALKER<br>UNITED STATES DISTRICT JUDGE<br><br>19 OCT 2005<br><br>DATE |
| MBK INSURANCE SERVICES, et al.,<br><br>Counter-Complainants,<br><br>vs.<br><br>EUGENE BURGER, et al.,<br><br>Counter-Defendants. | |

IT IS HEREBY STIPULATED by and between the party signatories to this Stipulation, individually and through their designated counsel, that the above-captioned

Stipulation of Dismissal                1

action, both the main action and the cross-complaints, are dismissed with prejudice pursuant to FRCP 41(a)(1).

**Plaintiffs:**

DATED: September ___, 2005

_____
EMBC, California
By: Eugene J. Burger, President

DATED: September ___, 2005

_____
EMBC, Nevada
By: Eugene J. Burger, President

DATED: September ___, 2005

_____
EMBC, Texas
By: Eugene J. Burger, President

DATED: September ___, 2005

_____
Friandes, Inc. (Counter-Defendant)
By: Eugene J. Burger, President

DATED: September ___, 2005

_____
Project Plaintiffs for which Eugene J. Burger serves as General Partner (Griffin House, Vacaville Park Apartments & Village Gardens, Limited)
By: Eugene J. Burger, General Partner

DATED: September ___, 2005

_____
Project Plaintiffs for which an EBMC entity serves as General Partner
By: Eugene J. Burger, President, EBMC, California; EBMC, Nevada & EBMC, Texas

DATED: September ___, 2005

_____
Project Plaintiffs for which an EBMC entity serves as Management Agent
By: Eugene J. Burger, President, EBMC, California; EBMC, Nevada & EBMC, Texas

**Counsel for the Plaintiffs:**

DATED: September ___, 2005

_____
Marcus S. Topel, Esq.
Counsel for Eugene J. Burger

DATED: September ___, 2005

_____
Daniel B. Beck, Esq.
Counsel for EBMC, California; EBMC, Nevada & EBMC, Texas

DATED: September ___, 2005

_____
Marcus S. Topel, Esq.
Counsel for Friandes Group, Inc.
(Counter-Defendant)

DATED: September ___, 2005

_____
Marcus S. Topel, Esq.
Counsel for Project Plaintiffs Griffin House, Vacaville Park Apartments and Village Gardens, Limited

DATED: September ___, 2005

_____
Daniel B. Beck, Esq.
Counsel for Project Plaintiffs for which an EBMC entity serves as General Partner or Management Agent

Stipulation of Dismissal                    3

**Defendants:**

DATED: October ___, 2005

_____
MBK Insurance Services
By: Michael B. Kuimelis

DATED: October ___, 2005

_____
Michael B. Kuimelis

DATED: October ___, 2005

_____
Katie O'Leary

**Counsel for Defendants:**

DATED: October ___, 2005

_____
Matthew B. Pavone, Esq.
Counsel for MBK Insurance

DATED: October ___, 2005

_____
William L. Osterhoudt, Esq.
Counsel for Michael B. Kuimelis

DATED: October ___, 2005

_____
Mary McNamara, Esq.
Counsel for Katie O'Leary

Stipulation of Dismissal    4