1  Gary A. Bresee (131504)
   Kevin K. Ho (233408)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533
   Gbresee@barwol.com
5  Kho@barwol.com

6  Attorneys for Defendants
   THE TRAVELERS INSURANCE COMPANIES; THE
7  TRAVELERS INDEMNITY COMPANY OF
   ILLINOIS; THE TRAVELERS LLOYDS COMPANY
8

**FILED**

APR 20 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 EUGENE J. BURGER, an individual;           ) CASE NO.: C-02-2309 VRW
   EUGENE BURGER MANAGEMENT                   )
13 CORPORATION, a California corporation,     )
   EUGENE BURGER MANAGEMENT                   ) **STIPULATION AND ORDER FOR**
14 CORPORATION, a Nevada corporation,         ) **DISMISSAL OF ALL CLAIMS AGAINST**
   EUGENE BURGER MANAGEMENT                   ) **THE TRAVELERS INSURANCE**
15 CORPORATION, a Texas corporation, in their ) **COMPANIES WITH PREJUDICE**
   corporate capacities; and other named plaintiffs ) **PURSUANT TO F.R.C.P. 41 (a)(2)**
16 as listed in appendix A to Plaintiffs' Fifth )
   Amended Complaint,                         )
17                                             )
              Plaintiffs,                      ) Dept:   Department 6, 17th Floor
18      vs.                                    ) Honorable Vaughn R. Walker
                                               )
19 MICHAEL B. KUIMELIS, individually and      )
   dba MBK INSURANCE SERVICES; MBK            )   **COPIES MAILED TO SUBMITTING COUNSEL**
20 INSURANCE SERVICES; KATIE LUCEY            )
   (also known as (Katie O'Leary) ACORDIA     )
21 LLOYD INSURANCE SERVICES; THE              )
   TRAVELERS INSURANCE COMPANIES;             )
22 THE TRAVELERS INDEMNITY COMPANY            )
   OF ILLINOIS; THE TRAVELERS LLOYDS          )
23 COMPANY; FIREMANS FUND                     )
   INSURANCE COMPANY,                         )
24                                             )
              Defendants.                      )
25 _____)
                                               )
26 AND RELATED CROSS-COMPLAINT                 )
   _____)
27
28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office6\6140\346\06 pleadings\req for dismissal fnl.doc

STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P 41 (a)(2)
CASE NO. C-02-2309 VRW

1  Plaintiffs Eugene J. Burger; Eugene Burger Management Corporation, a California
2  corporation; a Nevada corporation; a Texas corporation, and Cross Defendant Friándes Group, Inc.
3  and entities which Eugene Burger Management Corporation, California, Eugene Burger
4  Management Corporation, Nevada, Eugene Burger Management Corporation, Texas, serve(s) as
5  General Partner and/or Management Agent (hereinafter collectively "Plaintiffs") and Defendants
6  The Travelers Insurance Companies, The Travelers Indemnity Company of Illinois, and The
7  Travelers Lloyds Company (collectively "Travelers"), by and through their respective counsel of
8  record, do hereby stipulate that all claims, including without limitation the causes of action for
9  Fraud and Unfair Trade Practices/Competition, filed by Plaintiffs against Travelers be dismissed in
10 their entirety, with prejudice, pursuant to F.R.C.P. 41(a)(2), each party to bear its own costs of suit
11 and attorney's fees. The parties respectfully request that the Court approve and give effect to this
12 dismissal.

IT IS SO STIPULATED.

Dated: ~~February~~ March 8, 2006

TOPEL & GOODMAN

By /s/ Marcus Topel
Marcus S. Topel
Daniel F. Cook
Attorney for Plaintiffs
EUGENE J. BURGER, an individual;
EUGENE BURGER MANAGEMENT
CORPORATION, a California
corporation, EUGENE BURGER
MANAGEMENT CORPORATION, a
Nevada corporation, EUGENE BURGER
MANAGEMENT CORPORATION, a
Texas corporation, in their corporate
capacities; and other named plaintiffs as
listed in appendix A to Plaintiffs' Fifth
Amended Complaint

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P 41 (a)(2)
CASE NO. C-02-2309 VRW

```
 1 | Dated: ~~February~~ March 6, 2006          BECK LAW OFFICES
 2 |
 3 |                                            By _____
 4 |                                               Daniel B. Beck
 5 |                                               Attorney for Plaintiffs
 6 |                                               EUGENE BURGER MANAGEMENT
 7 |                                               CORPORATION, a California
 8 |                                               corporation, EUGENE BURGER
 9 |                                               MANAGEMENT CORPORATION, a
10 |                                               Nevada corporation, EUGENE BURGER
11 |                                               MANAGEMENT CORPORATION, a
12 |                                               Texas corporation, in their corporate
13 |                                               capacities; and other named plaintiffs as
14 |                                               listed in appendix A to Plaintiffs' Fifth
15 |                                               Amended Complaint
```

Dated: February 15, 2006                    BARGER & WOLEN LLP

                                            By _____
                                               Gary A. Bresee
                                               Kevin K. Ho
                                               Attorney for Defendants
                                               THE TRAVELERS INSURANCE
                                               COMPANIES; THE TRAVELERS
                                               INDEMNITY COMPANY OF
                                               ILLINOIS; THE TRAVELERS
                                               LLOYDS COMPANY

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED that all claims against Defendants THE TRAVELERS INSURANCE COMPANIES, THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, and THE TRAVELERS LLOYDS COMPANY are dismissed with prejudice, in their entirety, pursuant to F.R.C.P. 41(a)(2).

IT IS SO ORDERED.

Dated: 2 0 APR 2006

_____
VAUGHN R. WALKER
United States District Court

BARGER & WOLEN LLP
850 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P 41 (a)(2)
CASE NO. C-02-2309 VRW

MAR 06 2006 11:48                                              4153985030                PAGE.06