PAUL E.B. GLAD (State Bar No. 79045)
JENNIFER BUNSHOFT (State Bar No. 197306)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Attorneys for Defendant
Fireman's Fund Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE J. BURGER, an individual; EUGENE BURGER MANAGEMENT CORPORATION, a California corporation; EUGENE BURGER MANAGEMENT CORPORATION, a Nevada corporation; and EUGENE BURGER MANAGEMENT CORPORATION, a Texas corporation, in their corporate capacities; and other named plaintiffs as listed in Appendix A to Plaintiffs' Fifth-Amended Complaint,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL B. KUIMELIS, individually and doing business as MBK INSURANCE SERVICES; MBK INSURANCE SERVICES; KATIE LUCEY (also known as KATIE O'LEARY); ACORDIA LLOYD INSURANCE SERVICES; THE TRAVELERS INSURANCE COMPANIES; THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS; THE TRAVELERS LLOYDS COMPANY; and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendants. | No. C-02-2309 VRW<br><br>STIPULATION OF DISMISSAL OF FIREMAN'S FUND INSURANCE COMPANY<br><br>[F.R.C.P. 41(a)(1)(ii)]<br><br>Dept: Department 6, 17th Floor<br>Judge: Honorable Vaughn R. Walker |
| AND RELATED CROSS-COMPLAINT | |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs Eugene Burger, et al.
2  and defendant Fireman's Fund Insurance Company ("Fireman's Fund"), through their
3  designated counsel, hereby agree that the above-captioned action against Fireman's Fund shall
4  be dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees. The
5  parties respectfully request that the Court approve and give effect to this dismissal.

6  IT IS SO STIPULATED.
7  Dated: 12/20, 2005            TOPEL & GOODMAN

8                                 By _____
9                                    MARCUS S. TOPEL

10                                 Attorney for Plaintiffs Eugene J. Burger, and Project
                                   Plaintiffs Griffin House, Vacaville Park Apartments
11                                 and Village Gardens, Limited

12
13  Dated: _____, 2005      BECK LAW OFFICES

14                                 By _____
15                                    DANIEL B. BECK

16                                 Attorney for EBMC, California; EBMC, Nevada,
                                   EBMC, Texas, and Project Plaintiffs for which an
17                                 EBMC entity serves as General Partner or
                                   Management Agent

18
19  Dated: 11/28/о, 2005          SONNENSCHEIN NATH & ROSENTHAL LLP

20                                 By _____
21                                    PAUL E.B. GLAD

22                                 Attorney for Defendant
23                                 FIREMAN'S FUND INSURANCE COMPANY

24
25  IT IS SO ORDERED.

26
27  Dated: _____        _____
                                   The Honorable Vaughn R. Walker
                                   United States District Judge
28

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs Eugene Burger, et al. and defendant Fireman's Fund Insurance Company ("Fireman's Fund"), through their designated counsel, hereby agree that the above-captioned action against Fireman's Fund shall be dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees. The parties respectfully request that the Court approve and give effect to this dismissal.

IT IS SO STIPULATED.

Dated: _____, 2005

TOPEL & GOODMAN

By _[signature]_
MARCUS S. TOPEL

Attorney for Plaintiffs Eugene J. Burger, and Project Plaintiffs Griffin House, Vacaville Park Apartments and Village Gardens, Limited

Dated: 1/9/, 2006

BECK LAW OFFICES

By _[signature]_
DANIEL B. BECK

Attorney for EBMC, California; EBMC, Nevada, EBMC, Texas, and Project Plaintiffs for which an EBMC entity serves as General Partner or Management Agent

Dated: 11/28/, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

By _[signature]_
PAUL E.B. GLAD

Attorney for Defendant
FIREMAN'S FUND INSURANCE COMPANY

IT IS SO ORDERED.

Dated: April 20, 2006

_[signature]_
The Honorable Vaughn R. Walker
United States District Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

No. C-02-2309 VRW

-1-

Stipulation of Dismissal of Fireman's Fund Insurance Company